# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>vs.<br><br>CASEY LEE MARTIN,<br><br>      Defendant. | CR 13-02-GF-BMM<br><br>**ORDER** |

Defendant has moved for an early discharge from supervised release under 18 U.S.C. § 3583(e)(1). The Government does not oppose the motion. (Doc. 32). Defendant's probation officer does not object to Defendant's discharge from supervised release.

Defendant pleaded guilty to Assault with a Dangerous Weapon on March 25, 2013. Defendant was sentenced to 27 months of custody followed by two years of supervised release on July 1, 2013. (Doc. 26). Defendant's supervised release commenced in April 2015. Defendant has completed more than 17 months of supervised release. Defendant resides in Hays, Montana with his two daughters and their mother. Defendant has been employed for over 13 months. The record reflects that Defendant has complied with all of the conditions of his supervised release. *See* Doc. 33 at 4. The factors in 18 U.S.C. § 3553

support an early discharge of supervised release.

Accordingly, IT IS ORDERED:

1. Defendant's Motion for Early Discharge from Supervised Release (Doc. 32) is GRANTED.

2. Defendant is DISCHARGED from supervised release.

DATED this 15th day of September, 2016.

Brian Morris
United States District Court Judge